UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-172 |
| | ) | (VARLAN/SHIRLEY) |
| JEFFREY RAY RUDD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion to Extend Motion Cut-off Deadline [Doc. 14], filed on February 3, 2009. The defendant requests that his February 4 motion-filing deadline be extended to February 18, 2009. Defense counsel contends that he is still investigating the case and needs to consult with the defendant regarding the filing of motions. The motion states that the government does not object to the defendant's request. Finding the defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 14**] and extends the deadline for filing motions to **February 18, 2009**. The government's deadline for responding to any motions is likewise extended from February 18, 2009, to **March 4, 2009**. These changes in the schedule necessitate resetting the February 24, 2009 pretrial conference. By agreement of the parties, the pretrial conference is rescheduled to **March 6, 2009, at 10:00 a.m.** The March 12, 2009 trial date shall remain the same at this time.

1

Accordingly, it is **ORDERED**:

(1) The defendant's Motion to Extend Motion Cut-off Deadline [**Doc. 14**] is **GRANTED**;

(2) The motion-filing deadline is extended to **February 18, 2009**;

(3) The response deadline is extended to **March 4, 2009**; and

(4) The parties are to appear before the undersigned for a pretrial conference on **March 6, 2009, at 10:00 a.m.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge